# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131381

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY THOMAS FRANKLIN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131381
COA: 269951
Kalamazoo CC: 94-000719-FC

_____/

     On order of the Court, the application for leave to appeal the May 4, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

p1023